# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

AARON PORRETTO AND ANDRE
PORRETTO

NO.  2019 CW 0654

VERSUS

CENAC FAMILY PROPERTIES,
L.L.C.

**SEP 3 0 2019**

---

In Re:   Barbara Cenac, Kacy Cenac, Cody Cenac and Cullen
Cenac, applying for supervisory writs, 32nd Judicial
District Court, Parish of Terrebonne, No. 178101.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

                              **JMM**
                              **MRT**
                              **WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT